Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall shelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66308.**—Authentic Furniture Products v. United States, protests 60/4220, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall shelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66309.**—Design International Corp. v. United States, protest 61/8389 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66310.**—American Bitumuls & Asphalt Co. v. United States, protests 58/2129(B)–15206, etc. (New Orleans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

**No. 66311.**—Paul E. Sernau, Inc., et al. v. United States, protests 60/22640, etc. (New York).